## United States District Court for the Northern District of Illinois

Case Number: 08CV3510   Assigned/Issued By: DAJ

Judge Name: PALLMEYER   Designated Magistrate Judge: BROWN

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

_1_ Original and _0_ copies on _06/19/08_ as to _JAMES FIORE_
(Date)

---

C:\wpwin80\docket\feeinfo.frm   03/14/05