UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

National Elevator Industry Pension, Health Benefit, Educational, Elevator Industry Work Preservation Funds, et al.

Plaintiff,

v.

Case No.: 1:08−cv−03510

Honorable Rebecca R. Pallmeyer

Budget Elevator, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing set for 8/20/2008 at 09:00 AM, courtroom 2119. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.