IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT, EDUCATIONAL, ELEVATOR INDUSTRY WORK PRESERVATION FUNDS, ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN,<br>Plaintiffs,<br>-vs-<br>BUDGET ELEVATOR, INC. and JAMES FIORE,<br>Defendants. | No. 08 C 03510<br><br>Honorable Rebecca R. Pallmeyer |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) Plaintiff hereby dismisses without prejudice its Complaint against James Fiore.

Respectfully submitted,

TRUSTEES OF THE NATIONAL ELEVATOR
INDUSTRY PENSION, et al.

By   /s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234
J:\C-Drive\WPDOCS\TRUSTEES\BUDGET ELEVATOR\NOTICE OF DISMISSAL.wpd